# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Case No. 7:11CR00057 |
| | ) |
| v. | ) **ORDER** |
| | ) |
| | ) By: Robert S. Ballou |
| **HERBERT GREEN,** | ) United States Magistrate Judge |
| | ) |
| Defendant. | ) |

Defendant Herbert Green filed a pro se motion to vacate, set aside or correct the sentence under 28 U.S.C. § 2255 on October 9, 2016. Counsel was appointed to assist Green in reviewing whether his underlying conviction implicated Johnson v. United States, 576 U.S. __, 135 S. Ct. 2551 (2015), and whether an amended motion under 28 U.S.C. § 2255 ought to be filed. Now, through counsel, Green moves for leave to submit an amended signature page for his pending § 2255 motion. Green also states that he does not intend to make any further amendment to the pro se § 2255 motion he submitted before counsel's appointment. For cause shown, it is hereby **ORDERED** that the defendant's motion (ECF No. 106) is **GRANTED**; the defendant **SHALL** within 10 days an amended signature page, reincorporating his previously filed § 2255 motion; and as previously ordered, the United States shall respond by July 1, 2016, and the defendant shall file any reply by July 21, 2016, after which time the court will consider the § 2255 claims ripe for disposition. It is further **ORDERED** that within 5 days, counsel **SHALL** move to withdraw or otherwise advise the court of his continued role in the case.

Enter: April 15, 2016

/s/ Robert S. Ballou
Robert S. Ballou
United States Magistrate Judge